IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RASHAID WEEMS,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:14-cr-258-JEC-ECS |

**<u>ORDER</u>**

This case is before the Court on the Magistrate Judge's Report and Recommendation [6] recommending accepting defendant's plea of guilty tendered on July 17, 2014. No objections to the Report and Recommendation [6] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [6] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Information.

SO ORDERED this 4th day of August, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CIRCUIT JUDGE, sitting by designation
as District Judge